# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **SALLY A. SUNDEEN,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 08-cv-649-bbc |
| **v.** | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and plaintiff Sally A. Sundeen's appeal is DISMISSED.

PETER A. OPPENEER

_____
**Peter A. Oppeneer, Clerk**

Connie A. Korth

**by Deputy Clerk**        **5/21/2009**
_____
Date